Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00090-CV

**IN THE INTEREST OF L.E.R., JR.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-02223
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  March 30, 2011

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal with this court on February 3, 2011. *See* TEX. R. APP. P. 25.1(a) ("If a notice of appeal is mistakenly filed with the appellate court, the notice is deemed to have been filed the same day with the trial court clerk."). On February 17, 2011, the trial court clerk filed a notification of late record stating that no final order has been entered in the underlying cause. This court can only consider an appeal in which a final judgment or appealable order has been signed by the trial court. *See Gevara v. Walsch*, 2010 WL 5541123, at *1 (Tex. App.—San Antonio Dec. 29, 2010, no pet.) (mem. op.). On February 18, 2011, this court ordered appellant to show cause in writing by March 7, 2011, why this appeal should not be dismissed for lack of jurisdiction without prejudice to appellant re-filing or pursuing an appeal

after the trial court has signed a final order. *See* TEX. R. APP. P. 27.1(a) (noting prematurely filed notice of appeal is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal); *see also* TEX. FAM. CODE ANN. § 263.405 (detailing procedures for appealing an order terminating parental rights). Appellant did not respond to our order. Because no final judgment or appealable order has been signed by the trial court, this appeal is dismissed for lack of jurisdiction without prejudice to appellant re-filing or pursuing an appeal after the trial court has signed a final judgment or appealable order. *See Gevara*, 2010 WL 5541123, at *1.

PER CURIAM